■ In the Matter of ALYSSA F. and Another, Children Alleged to be Neglected. NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES, Appellant; DENZEL F., Respondent. [935 NYS2d 886]

The court properly found that the quantum of proof did not demonstrate by a preponderance of the evidence that the children were at actual or potential risk of imminent harm to their physical, mental or emotional condition (Family Ct Act § 1012 [f] [i] [B]).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Saxe, Freedman and Román, JJ.